# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| FRANK X. CARBAJAL, JR., | 1:17-cv-01413 SKO (HC) |
|---|---|
| Petitioner, | |
| v. | **ORDER DENYING PETITIONER'S SECOND MOTION FOR APPOINTMENT OF COUNSEL** |
| SCOTT KERNAN, | |
| Respondent. | **(Doc. 18)** |

Petitioner Frank X. Carbajal, Jr., is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and moves for appointment of counsel.

In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases. Petitioner contends that the Court should appoint counsel based on the complexity of the case.

The Court denied Petitioner's first motion to appoint counsel on October 26, 2017. Petitioner competently filed his petitioner and a traverse countering Respondent's response. Therefore, Petitioner alleges no basis by which the Court may appoint counsel on his behalf.

Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated: **September 18, 2018**          /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

1